IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIE CARR, Jr.                                                    PLAINTIFF

VS.                        CASE NO. 2:11CV00090 JMM/HDY

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                    DEFENDANT

PROPOSED FINDINGS AND RECOMMENDATIONS

INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge James M. Moody. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

1

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## DISPOSITION

The plaintiff in this social security case filed his complaint on May 12, 2011. The Court granted his request to proceed *in forma pauperis* the next day, and summons were issued as to the Social Security Administration, U.S. Attorney and U.S. Attorney General, and the summonses were returned to the plaintiff. On May 23, 2011, the plaintiff filed an amended complaint. No further action has occurred in the case. On March 14, 2012, the Court, citing Federal Rule of Civil Procedure 4(m), entered an Order directing the plaintiff to accomplish service on the defendant on or before April 28, 2012.

There is no evidence that service has been accomplished in this case. As a result, we recommend the case be dismissed without prejudice for failure to accomplish service within the time provided by the Rules of Civil Procedure and by the Order of this Court.

IT IS SO ORDERED this   8   day of May, 2012.

                                                             _____
                                                             UNITED STATES MAGISTRATE JUDGE