IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**WILLIE CARR, Jr.**                                                     **PLAINTIFF**

VS.                  **CASE NO. 2:11CV00090 JMM**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                              **DEFENDANT**

**JUDGMENT**

Pursuant to the Order filed in this matter this date, this case is dismissed without prejudice.

IT IS SO ORDERED this  31  day of   May  , 2012.

_____
UNITED STATES DISTRICT JUDGE